# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

NICOLE DEADERICK,

      **Plaintiff,**

v.                                    **No. 1:21-cv-00135-KWR-JFR**

BOARD OF COUNTY COMMISSIONERS
FOR THE COUNTY OF BERNALILLO,

      **Defendant.**

## ORDER GRANTING PLAINTIFF'S OPPOSED MOTION
## FOR LEAVE TO FILE A JURY DEMAND [DOC. 14]

**THIS MATTER** came before the Court upon Plaintiff's Opposed Motion for Leave to

File a Jury Demand [Doc. 14]. Defendant has since withdrawn its opposition to Plaintiff's

Opposed Motion for Leave to File a Jury Demand. The Court finds that the motion is **WELL-**

**TAKEN** and shall be **GRANTED.**

      **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Plaintiff may

file her Jury Demand in this matter, and a jury trial is hereby **GRANTED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**

Submitted and Approved by:

*/s/ Leon Howard*
Leon Howard
*Counsel for Plaintiff*

*Approved by on 6/29/21*
Brian Griesmeyer
*Counsel for Defendant*