**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**NICOLE DEADERICK,**

     **Plaintiff,**

**v.**                                         **No. 1:21-cv-00135-KWR-JFR**

**BOARD OF COUNTY COMMISSIONERS**
**FOR THE COUNTY OF BERNALILLO,**

     **Defendant.**

**STIPULATED ORDER DISMISSING PLAINTIFF'S CLAIMS**
**AGAINST DEFENDANT BOARD OF COUNTY COMMISSIONERS**
**FOR THE COUNTY OF BERNALILLO WITH PREJUDICE**

**THIS MATTER** having come before the Court on the parties' Stipulated Motion to Dismiss Defendant Board of County Commissioners for the County of Bernalillo, with Prejudice, and the Court, having reviewed said Stipulated Motion, and being otherwise fully advised in the premises, **FINDS** that the Stipulated Motion to Dismiss is **WELL-TAKEN** and should be **GRANTED.**

**IS THEREFORE ORDERED** that the Complaint for Violations of the Whistleblower Protection Act (Doc. 1) and all causes of action contained therein against Defendant Board of County Commissioners for the County of Bernalillo be, and are hereby **DISMISSED WITH PREJUDICE** with each party to bear its own attorneys' fees and costs herein.

**IT IS SO ORDERED.**

**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**

**SUBMITTED BY**:

**SAUCEDOCHAVEZ, P.C.**

By: */s/ Frank T. Apodaca*
       Frank T. Apodaca
       Brian Griesmeyer
Post Office Box 30046
Albuquerque, NM 87190
(505) 338-3945
fapodaca@saucedochavez.com
bgriesmeyer@saucedochavez.com
***Attorneys for Defendant***

**APPROVED BY**:

**ACLU OF NEW MEXICO**

By: *Approved via telephone on 12/14/21*
       Leon Howard
       Lalita Moskowitz
Post Office Box 566
Albuquerque, NM  87103
(505) 266-5915
lhoward@aclu-nm.org
lmoskowitz@aclu-nm.org
***Attorneys for Plaintiff***